TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00315-CV

Dynex Capital, Inc.; Dynex Capital, Inc., Trustee; and James Dolph, Appellants

v.

AutoBond Master Funding Corp. V and AutoBond Acceptance Corp., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 99-01518, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 The parties have settled the underlying matter, rendering this appellate cause moot. 
The appellants accordingly unopposedly move to dismiss this appellate cause. We dismiss all
other pending motions as moot. We grant the motion and dismiss this appellate cause.

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: June 22, 2000

Do Not Publish